IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DANIEL WILLIAMS, JR.,

      Appellant,

v.
                          Case No.  5D23-224
                          LT Case No. 16-2016-CF-2364-AXXX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 7, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Daniel L. Williams, Avon Park, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


MAKAR, EDWARDS and JAY, JJ., concur.